UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 FEB -9 PM 12:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　vs.

LC JOHNSON,

　　　　　　　Defendant.

CASE NO. 08CR4372 BTM

JUDGMENT OF DISMISSAL

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____　the Court has dismissed the case for unnecessary delay; or

_____　the Court has granted the motion of the Government for dismissal; or

_____　the Court has granted the motion of the defendant for a judgment of acquittal; or

_____　a jury has been waived, and the Court has found the defendant not guilty; or

_____　the jury has returned its verdict, finding the defendant not guilty;

_____　of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 6, 2009

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE